# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BOBBY HARRIS,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

Case No. C17-1886-RSM-JPD

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff's amended complaint is due March 1, 2018. Plaintiff has filed a motion requesting an additional 60 days. Dkts. 9 & 10. Plaintiff's motion for extension of time (Dkts. 9 & 10) is GRANTED. Plaintiff shall file any amended complaint on or before **April 30, 2018**. As the Court has noted previously, failure to timely file an amended complaint that cures the deficiencies identified by the Court may result in dismissal of this action. The Clerk is directed to send copies of this order to plaintiff and to the Honorable Ricardo S. Martinez.

Dated this 26th day of February, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1