UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY HARRIS,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

Case No. C17-1886 RSM

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses if filed, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's motion to withdraw his case (Dkt. 13) is construed as a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), and this action is DISMISSED without prejudice.

(3) Plaintiff's request to be relieved of the obligation to pay the filing fee for this action is DENIED. The Washington Department of Corrections shall continue to withdraw

ORDER OF DISMISSAL - 1

funds from plaintiff's inmate account in accordance with the Order granting plaintiff's application to proceed *in forma pauperis* issued by Judge Donohue on January 30, 2018.

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

Dated this 4th day of May 2018.

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2